B 10 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN

In re <u>Christopher Kliczinski; ;Stephanie Kliczinski</u> ,
   Debtor

Case No. 15-31187

Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** <u>Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.</u>

**Court claim no.** (if known): <u>20</u>

**Last four digits** of any number you use to identify the debtor's account: <u>XXX4385</u>

**Date of payment change:**
Must be at least 21 days after date of this notice <u>10/01/2015</u>

**New total payment:**
Principal, interest, and escrow, if any   $ <u>901.49</u>

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

[ ] No

[X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $ 370.33

New escrow payment: $ 283.66

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

[X] No

[ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: %

New interest rate: %

Current principal and interest payment: $

New principal and interest payment: $

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?

[X] No

[ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: $ _____

New mortgage payment: $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

**Check the appropriate box.**

[ ] I am the creditor.  [x] I am the creditor's authorized agent.
    (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

X _____          Date September 8, 2015
   Signature

Print: Jason Singer
       First Name    Middle Name    Last Name          Title Authorized Agent

Company   Rosicki, Rosicki & Associates, P.C.

Address   51 E. Bethpage Road
          Number         Street

          Plainview            NY        11803
          City                 State     ZIP Code

Contact phone  (516) 741-2585                          Email  bkmail@rosicki.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
-------------------------------------------------X

IN RE:
Christopher Kliczinski; ;Stephanie Kliczinski;
       Debtor(s)
-------------------------------------------------X

Chapter 13
Case # 15-31187

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Mortgage Payment Change has been served via Electronic Case Filing on the following parties:

Thomas Hensel, Jr., Esq.

Carl Bekofske Esq

I hereby certify that a copy of the foregoing Notice of Mortgage Payment Change has been served via first class mail on the following parties:

Christopher Kliczinski
394 Meadowind Ct.
Pinckney, MI 48169

Stephanie Kliczinski
394 Meadowind Ct.
Pinckney, MI 48169

September 8 2015

Felicia Stellman

# seterus

PO Box 2008, Grand Rapids, MI 49501-2008

Representation Of Printed Document

Business Hours (Pacific Time)
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.
Phone 866.570.5277

0-769-15494-0024067-005-000-000-000-000

STEPHANIE KLICZINSKI
C/O THOMAS HENSEL, JR.
36250 DEQUINDRE RD STE 410
STERLING HTS MI 48310-7143

1.913

## ESCROW ACCOUNT STATEMENT

Analysis Date: 08/10/15
Loan Number:

| Current Payment | | New Payment Effective 10/01/15 | |
|---|---|---|---|
| Principal and Interest | $617.83 | Principal and Interest* | $617.83 |
| Escrow | $370.33 | Escrow | $283.66 |
| Total Current Payment | $988.16 | Total NEW Payment* | $901.49 |

* The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan. In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments. You will receive a separate notice for interest rate adjustments.

## NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc. is the servicer of the above referenced loan. In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance. Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months. This payment will increase if you have a post-petition shortage or deficiency. This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Our records indicate a petition for Bankruptcy was filed on May 7, 2015. Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court. Any deficiency and/or shortage listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment.

| ANTICIPATED DISBURSEMENTS October 2015 to September 2016 | |
|---|---|
| OTHER INS | 1,278.00 |
| TOWN | 2,125.95 |
| Total Disbursements | 3,403.95 |

| Bankruptcy File Date | May 7, 2015 |
|---|---|
| Pre-Petition Escrow Shortage or Deficiency as of Analysis Date | $4,102.87 |

*Escrow Balance adjusted by proof of claim amounts

**Beginning balance = Starting balance less any unpaid escrow disbursements due in the prepaid period

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law. This cushion covers any potential increases in your tax and/or insurance disbursements. Cushion selected by servicer: $567.32.

### ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 - MONTH ESCROW CYCLE
Anticipated Activity

| Date | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---|---|---|---|
| Beginning Balance** | | | | $1,816.09- |
| Post Petition Balance* | | | | $2,286.78 |
| 10/01/2015 | 283.66 | 0.00 | | 2,570.44 |
| 11/01/2015 | 283.66 | 1,278.00- | OTHER INS | 1,576.10 |
| 12/01/2015 | 283.66 | 1,292.44- | TOWN | 567.32 |
| 01/01/2016 | 283.66 | 0.00 | | 850.98 |
| 02/01/2016 | 283.66 | 0.00 | | 1,134.64 |
| 03/01/2016 | 283.66 | 0.00 | | 1,418.30 |
| 04/01/2016 | 283.66 | 0.00 | | 1,701.96 |
| 05/01/2016 | 283.66 | 0.00 | | 1,985.62 |
| 06/01/2016 | 283.66 | 0.00 | | 2,269.28 |
| 07/01/2016 | 283.66 | 0.00 | | 2,552.94 |
| 08/01/2016 | 283.66 | 833.51- | TOWN | 2,003.09 |
| 09/01/2016 | 283.66 | 0.00 | | 2,286.75 |
| Total | $3,403.92 | $3,403.95- | | |

The escrow account has a pre-petition shortage and/or deficiency. A deficiency, if applicable, is the amount of negative balance in the escrow account, which can occur when funds that have been paid from the escrow account exceed the funds paid to the escrow account. An escrow shortage occurs when the escrow balance is not enough to pay the estimated items and any additional reserve deposits that need to be paid during the next 12 months. The pre-petition shortage and/or deficiency is accounted for on the POC and will be collected as part of your pre-petition plan payment.

***Continued***

## ESCROW ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from May 2015 to September 2015. This history compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account. If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero.

| ACTUAL ESCROW ACCOUNT HISTORY | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Payments to Escrow | | Payments from Escrow | | Description | Escrow Balance | |
| | Projected | Actual | Projected | Actual | | Projected | Actual |
| Beginning Balance Date | | | | | | | $3,144.21- |
| 05/01/15 | 283.66 | 0.00* | 0.00 | 0.00 | | 1,985.65 | 3,144.21- |
| 06/01/15 | 283.66 | 0.00* | 0.00 | 0.00 | | 2,269.31 | 3,144.21- |
| 07/01/15 | 283.66 | 0.00* | 0.00 | 0.00 | | 2,552.97 | 3,144.21- |
| 08/01/15 | 283.66 | 1,803.37* | 833.51- | 833.51- | TOWN | 2,003.12 | 2,174.35- |
| 09/01/15 | 283.66 | 0.00* | 0.00 | 0.00 | | 2,286.78 | 2,174.35- |
| Total | $1,418.30 | $1,803.37 | $833.51- | $833.51- | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.

**NOTE** – This analysis was prepared in advance of the escrow payment change date. Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account.

[Illegible fine-print notice regarding bankruptcy, state-specific disclosures for COLORADO, NEW YORK CITY, TENNESSEE, etc.]