# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – FLINT

In Re:
**CHRISTOPHER KLICZINSKI** &
**STEPHANIE KLICZINSKI**

Case No. 15-31187-jda
Chapter 13 Proceeding
Hon. Joel D. Applebaum

Debtors.
_____/

## ORDER APPROVING SECOND FEE APPLICATION
## POST-CONFIRMATION

**THIS MATTER** having come before the Court upon the Application of Breckenridge & Davis, P.C., by Stacy M. Davis, the provisions of LBR 2016-2 having been met, no objections to the application having been received and a certification of no response having been filed, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED**:

1. The Court approves Applicant's fees and expenses as follows: $927.50 in attorney fees, plus $0.00 expenses, for a total fee of $927.50.

2. This award covers services rendered and expenses incurred during the time period of 03/21/2019 to 05/11/2020.

3. Debtor's counsel shall serve a copy of this Order upon the Chapter 13 Trustee through the ECF system.

4. The Chapter 13 Trustee shall disburse to Applicant the fees and expenses awarded herein from the funds which first become available, subject to fees due and payable to the Clerk's office and Trustee's fees.

**Signed on June 8, 2020**



/s/ Joel D. Applebaum
**Joel D. Applebaum**
**United States Bankruptcy Judge**